134

THE MIAMI VALLEY SCHOOL, APPELLEE,
*v.* KINNEY, COMMR., APPELLANT

[Cite as Miami Valley School *v.* Kinney
(1982), 69 Ohio St. 2d 134.]

. (No. 81-574—Decided February 3, 1982.)

*Jenks & Myers Co., L.P.A.,* and *Mr. Jacob A. Myers,* for
appellee.

*Mr. William J. Brown,* attorney general, and *Mr. Mark
A. Engel,* for appellant.

*Per Curiam.* In *Denison University* v. *Bd. of Tax Appeals*
(1965), 2 Ohio St. 2d 17, at paragraph two of the syllabus, we
held: "All buildings connected with such a public college or
academy and used with reasonable certainty in furthering or
carrying out the necessary objects and purposes of such

academy or college, including the president's residence, * * * and not used with a view to profit are exempted from taxation by Section 5709.07, Revised Code. * .* * "

Under the facts presented herein, we find that our holding in *Denison, supra,* applies to allow the exemption.

Accordingly, we affirm the decision of the Board of Tax Appeals.

*Decision affirmed.*

CELEBREZZE, C. J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and KRUPANSKY, JJ., concur.